# Third District Court of Appeal

## State of Florida

Opinion filed April 22, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-786
Lower Tribunal No. 13-21290

_____

**Loucile Auguste,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Loucile Auguste, in proper person.

Pamela Jo Bondi, Attorney General, and Jonathan Tanoos, Assistant Attorney General, for appellee.

Before WELLS, ROTHENBERG and EMAS, JJ.

PER CURIAM.

Following review of Appellant's initial brief, we summarily affirm the judgment and sentence.  See Fla. R. App. P. 9.315.